UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 10  3 34 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| LESTER N. POKORNE ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | 3:02 CV 267 (GLG) |
| ) | |
| DONALD A. GARY AND ) | |
| REAL-VEST CORPORATION ) | |
| ) | |
| Defendants. ) | November 10, 2003 |

### INDEX TO THE RECORD ON APPEAL

### VOLUME I

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 2/13/02 | 1 | COMPLAINT | 1 |
| 3/4/02 | 7 | ANSWER | 2 |
| 4/8/02 | 9 | MOTION | 3 |
| 4/8/02 | 10 | MEMORANDUM | 4 |
| 4/23/02 | 12 | OBJECTIONS | 5 |
| 4/23/02 | 13 | AFFIDAVIT | 6 |
| 4/25/02 | 14 | REPLY | 7 |
| 5/3/02 | 15 | SUPPLEMENTAL REPLY | 8 |
| 5/7/02 | 16 | REPLY | 9 |
| 5/7/02 | 17 | STATEMENT | 10 |
| 5/7/02 | 18 | AFFIDAVIT | 11 |
| 5/13/02 | 20 | MEMORANDUM | 12 |

| | | | |
|---|---|---|---|
| 7/19/02 | 25 | AMENDED COMPLAINT | 13 |
| 8/14/02 | 26 | ANSWER | 14 |
| 11/20/02 | 31 | RENEWED MOTION | 15 |
| 1/15/03 | 38 | MOTION | 16 |
| 1/23/03 | 40 | SUPPLEMENTAL MEMORANDUM | 17 |
| 1/23/03 | 41 | STATEMENT | 18 |
| 2/18/03 | 42 | CROSS MOTION | 19 |
| 2/18/03 | 43 | OBJECTIONS | 20 |
| 2/18/03 | 45 | MEMORANDUM | 21 |
| 2/18/03 | 46 | EXHIBITS | 22 |
| 2/18/03 | 47 | STATEMENT | 23 |
| 2/18/03 | 48 | MOTION | 24 |
| 2/18/03 | 49 | MEMORANDUM | 25 |
| 2/18/03 | 50 | APPENDIX | 26 |
| 2/18/03 | 51 | STATEMENT | 27 |
| 2/18/03 | 52 | STATEMENT | 28 |
| 4/30/03 | 57 | OBJECTIONS | 29 |
| 4/30/03 | 58 | STATEMENT | 30 |
| 5/12/03 | 59 | REPLY | 31 |
| 5/15/03 | 59 | REPLY | 32 |
| 5/16/03 | 61 | REPLY | 33 |
| 5/21/03 | 63 | REPLY | 34 |
| 5/21/03 | 64 | EXHIBITS | 35 |
| 9/2/03 | 67 | MEMORANDUM | 36 |

9/22/03        68              JUDGMENT                 37

                                THE PLAINTIFF

                                BY /s/ Margaret E. Haering
                                Margaret E. Haering CT 10818
                                HURWITZ & SAGARIN, LLC
                                147 N. Broad Street
                                Milford, CT  06460
                                (203) 877-8000
                                (203) 878-9800


### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Index to Record on Appeal was sent by first class mail, postage prepaid, on November 10, 2003 to

Robert A. Harris, Esq.
Joel H. Thompson, Esq.
Zeldes Needle & Cooper P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06604

Lawrence P. Weisman, Esq.
Weisman & Lubell
P.O. Box 3184
Westport, CT  06880

                                /s/ Margaret E. Haering
                                Margaret E. Haering