**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK 10007

JC: CTDC/NHCT
DC Judge: GOETTEL
DC Dkt: 02-cv-267

ROSEANN B. MACKECHNIE
CLERK

Re: Pokorne v. Gary

Docket No. 03-9102

*FILED NOV 25 2003 — UNITED STATES COURT OF APPEALS, SECOND CIRCUIT*

CIVIL APPEALS SCHEDULING ORDER #1
ADDRESS INQUIRIES TO (212) 857-8576

Noting that <u>Margaret E. Haering, Esq.</u> counsel for the appellant, Lester Pokorne Statement and Transcript information, and being advised as to the progress of the appeal,

IT IS HEREBY ORDERED that the index to the record on appeal, a certified, copy of the docket entries, and the clerk's certificate shall be filed on or before _Dec. 29, 2003_. The documents constituting the record on apeal shall not be transmitted until requested by this Court, but will be required within 24 hour of such request.

IT IS FURTHER ORDERED that the appellant's brief and the joint appendix be filed on or before _Jan. 5, 2004_.

IT IS FURTHER ORDERED that the brief of the appellee be filed on or before _Feb. 4, 2004_.

IT IS FURTHER ORDERED that ten (10) copies of each brief be filed with the Clerk.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no earlier than the week of _Mar. 15, 2004_. All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

IT IS FURTHER ORDERED that in the event of default by appellant in filing the record on appeal, or the appellant's brief and joint appendix, at the times directed, or upon default or the appellant regarding any other provision of this order, the appeal may be dismissed forthwith without further notice.

IT IS FURTHER ORDERED that if the appellee fails to file a brief within the time directed by this order, the appellee shall be subject to such sanctions as the court may deem appropriate.

ROSEANN B. MACKECHNIE, Clerk

By: _Stanley Bass_
Stanley Bass
Staff Counsel

*FILED DEC 1 3 11 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.*

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Roseann B. MacKechnie  
Clerk

Stanley A. Bass  
Staff Counsel  
(212) 857-8760

Re: Pokorne v. Gary  
03-9102



FILED NOV 2 5 2003  
Roseann B. MacKechnie, Clerk  
UNITED STATES COURT OF APPEALS SECOND CIRCUIT

### TELEPHONIC PRE-ARGUMENT CONFERENCE NOTICE AND ORDER

For the convenience of out-of-town counsel, a telephonic PRE-ARGUMENT CONFERENCE has been scheduled for **Wed. Dec. 10, 2003** at **10:30 A.M.** The conference should be initiated by appellant's counsel, who should first have all appellees' counsel on the line, and then call Staff Counsel at this conference line number: **(212) 857-8761**

To effectuate the purposes of the Conference, **the attorneys in charge of the appeal or proceeding are required to attend and must:**

(1) have full authority to settle or otherwise dispose of the appeal or proceeding;

(2) be fully prepared to discuss and evaluate seriously the legal merit of each issue on appeal or review;

(3) be prepared to narrow, eliminate, or clarify issues on appeal when appropriate.

Any other matters which the Staff Counsel determines may aid in the handling or the disposition of the proceedings may be discussed. Counsel may raise any other pertinent matter they wish at the Conference.

\*   **To insure that all parties have received notice of the scheduled pre-argument conference, counsel should confirm with each other the time and place of the conference at least 48 hours prior to the conference.**

\*\*  **Counsel are requested to call (212) 857-8760, upon receipt of this notice, in order to confirm.**

Date: _____

BY: _____  
Stanley A. Bass  
Staff Counsel

CTDC/NHCT



FILED
DEC 1  3 11 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

**Roseann B. MacKechnie**
**Clerk**

**General Information**
**(212) 857-8760**

COURT OF APPEALS DOCKET # 03-9102

Dear Deputy Appeals Clerk,

Just a reminder that we are involved in the project which permits the District Court to retain certain records even after an appeal has been taken to the Court of Appeals. This project is limited to records in counseled civil, US civil, and Bankruptcy cases. (Please note that records in all <u>pro-se</u> cases, and all <u>counseled</u> prisoner appeals with 2000 series docket numbers <u>are required</u> to be filed with this Court.)

Please have an index to this record prepared in accordance with your regular procedure. Send to the Court of Appeals three (3) copies of the Certified Index as you have been in the past. Please, DO NOT SEND THE RECORD ITSELF UNTIL IT IS SPECIFICALLY REQUESTED BY THIS OFFICE.

We also remind you that while the record is not needed right now, it may be necessary to call for it sometime in the future. You have agreed that when contacted you will forward the record to the Court of Appeals within 24 hours by the fastest method available.

This project will save us all enormous time and energy by not having to ship many unused records back and forth. We appreciate your efforts in making this project a success.

Yours truly,

Roseann B. MacKechnie
Clerk