**MANDATE**

CTDC/NHCT
02-cv-267
GOETTEL
Stip.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED

UNITED STATES COURT OF APPEALS
FILED
DEC 3 0 2003
Roseann B. MacKechnie, Clerk
SECOND CIRCUIT

| | |
|---|---|
| LESTER N. POKORNE | ) |
| | ) |
| Plaintiff, | ) |
| | ) Docket No. |
| | ) 03-9102 |
| | ) |
| DONALD A. GARY AND | ) |
| REAL-VEST CORPORATION | ) |
| | ) |
| Defendants. | ) December 24, 2003 |

## STIPULATION FOR DISMISSAL OF APPEAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, it is hereby stipulated and agreed, by and between the attorneys for the respective parties hereto, that the appeal taken by the appellant Lester N. Pokorne from the judgment entered in the U.S. District Court for the District of Connecticut on September 2, 2003, subject to the approval of the above Court, be dismissed with prejudice and without costs to either party.

David A. Slossberg
Margaret E. Haering
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06460
(203) 877-8000

Attorneys for Lester N.
Pokorne, Appellant

1

CERTIFIED: 12/31/03

Robert A. Harris
Joel H. Thompson
Zeldes Needle & Cooper P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06604

Attorneys for Donald A. Gary
and Real-Vest Corporation,
Appellee

SO ORDERED

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Stanley A. Bass, Staff Counsel

Dec. 30, 2003

A TRUE COPY
Roseann B. MacKechnie, CLERK

by Tommy Martinez
DEPUTY CLERK

2